**DISMISS and Opinion Filed August 24, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00490-CV

### WILLIAM ROSELLINI, Appellant
### V.
### BRIAN BLISCHAK, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13350**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Myers

Before the Court is appellant's motion requesting dismissal of his appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Lana Myers//
LANA MYERS
210490f.p05                            JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM ROSELLINI, Appellant

No. 05-21-00490-CV      V.

BRIAN BLISCHAK, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-18-13350. Opinion delivered by Justice Myers. Justices Partida-Kipness and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BRIAN BLISCHAK recover his costs of this appeal from appellant WILLIAM ROSELLINI.

Judgment entered this 24th day of August, 2021.